IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD VAYDA, an individual, on behalf of himself and others similarly situated, ) | CASE NO. 4:17-cv-00408-BYP |
| ) | |
| Plaintiff, ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ) | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| v. ) | |
| ) | |
| R&J TRUCKING CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL

Plaintiff, Richard Vayda, individually and on behalf of himself and others similarly situated, and Defendants, R&J Trucking Co., Inc. and Ron Carrocce Trucking Company, Inc., hereby jointly move for permission to file their confidential settlement agreement under seal pursuant to Local Civil Rule 5.2.

The parties have reached a resolution of this matter, and they have negotiated a confidential settlement agreement and release of claims ("Agreement").  A material term of the parties' Agreement, reached after lengthy arms-length negotiations between the parties, is that the Confidential Joint Stipulation of Settlement and Release is to be filed under seal.

Accordingly, to comply with the terms of the parties' Agreement, the parties respectfully request that the Court grant their Motion, Pursuant to Local Rule 5.2, to file the parties proposed Confidential Joint Stipulation of Settlement and Release under seal.

Respectfully submitted,

| | |
|---|---|
| */s/ Shannon M. Draher* (per consent) | */s/ Martin T. Wymer* |
| Hans A. Nilges (0076017) | Martin T. Wymer (0004004) |
| Email: hans@ohlaborlaw.com | Email: mwymer@bakerlaw.com |
| Shannon M. Draher (0074304) | Carrie A. Valdez (0094004) |
| Email: sdraher@ohlaborlaw.com | Email: cvaldez@bakerlaw.com |
| NILGES DRAHER LLC | BAKER & HOSTETLER LLP |
| 7266 Portage Street, N.W., Suite D | Key Tower |
| Massillon, OH  44646 | 127 Public Square, Suite 2000 |
| Telephone: 330.470.4428 | Cleveland, OH  44114-1214 |
| Facsimile: 330.754.1430 | Telephone: 216.621.0200 |
| | Facsimile: 216.696.0740 |
| Attorneys for Plaintiff | |
| Richard Vayda | */s/ Martin J. Boetcher* |
| | Martin J. Boetcher (0038687) |
| | HARRINGTON, HOPPE & MITCHELL, LTD. |
| | 26 Market Street, Suite 1200 |
| | P.O. Box 6077 |
| | Youngstown, OH  44501-6077 |
| | Telephone: 330.744.1111 |
| | Facsimile: 330.744.2029 |
| | Email: mboetcher@hhmlaw.com |
| | |
| | Attorneys for Defendants |
| | R&J Trucking Co., Inc. and Ron Carrocce Trucking Company, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017 a copy of the foregoing *Joint Motion to File Confidential Settlement Agreement Under Seal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Martin T. Wymer*
One of the Attorneys for Defendants
