UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD VAYDA, on behalf of himself and others similarly situated, | CASE NO. 4:17-cv-00408 |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| vs. | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| | [Resolving ECF No. 48] |
| R&J TRUCKING CO., INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Sealed Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Joint Stipulation of Settlement and Release ("Settlement" or "Agreement") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Agreement and its Exhibits, the Declaration of Shannon M. Draher, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Order of Dismissal and Approving Settlement.

The Joint Sealed Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice is **GRANTED**.  The Confidential Joint Stipulation of Settlement and Release is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under federal law.  The Parties are to bear their respective attorneys' fees and costs except as provided in the Agreement.  The Court retains jurisdiction over this Action to enforce terms of the Agreement.  This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED:**

Date:   November 29, 2017        */s/ Benita Y. Pearson*
                                                                    Benita Y. Pearson
                                                                    United States District Judge

**SO STIPULATED:**

| | |
|---|---|
| /s/ Shannon M. Draher | /s/ Martin T. Wymer |
| Hans A. Nilges (0076017) | Martin T. Wymer (P43279) |
| Shannon M. Draher (0074304) | Shannon M. Draher (0074304) |
| Nilges Draher, LLC | Baker & Hostetler LLP |
| 7266 Portage Street, N.W. | 127 Public Square, Suite 2000 |
| Suite D | Cleveland, OH 44114-1214 |
| Massillon, Ohio 44646 | Phone: (216) 621-0200 |
| Phone: 330-470-4428 | Facsimile: (216) 696-0740 |
| Facsimile: 330-754-1430 | mwymer@bakerlaw.com |
| hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | |